IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY WHEELER**     **PLAINTIFF**
**ADC #85605**

v.      Case No. 4:21-CV-00503-LPR

**ARKANSAS GENERAL ASSEMBLY,** *et al.*     **DEFENDANTS**

## ORDER

Plaintiff Timothy Wheeler is in custody at the Varner Unit of the Arkansas Division of Correction. He filed this action *pro se*.[1] Mr. Wheeler did not pay the $402 filing and administrative fee or file an Application to Proceed Without Prepayment of Fees and Affidavit ("IFP Application"). On June 17, 2021, the Court instructed Mr. Wheeler that to proceed with this action, he must either pay the filing fee or file a complete IFP Application within 30 days.[2] Mr. Wheeler was warned that his failure to comply with the June 17, 2021 Order would result in the dismissal of his case without prejudice.[3]

Mr. Wheeler has not complied with or otherwise responded to the June 17, 2021 Order, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice

---

[1] Pl.'s Compl. (Doc. 1).

[2] Court's Order (Doc. 9).

[3] *Id*.

pursuant to Local Rule 5.5(c)(2).[4]  All pending motions[5] are denied as moot.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of July, 2021.

                                                                _____
                                                                LEE P. RUDOFSKY
                                                                UNITED STATES DISTRICT JUDGE

---

[4] Local Rule 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice**.** Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

[5] Pl.'s Motion for Temporary Restraining Order (Doc. 3); Pl.'s Request for Class Certification (Doc. 5); Pl.'s Emergency Motion (Doc. 6).